# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**BARRINGTON WILSON,**

    *Petitioner*,

v.                                                                 **Case No.: 3:26cv1653-MW/HTC**

**HENDERSON, et al.,**

    *Respondent*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. The Magistrate Judge recommends dismissal with prejudice for failure to state a claim because Plaintiff's claims are barred by the statute of limitations. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 5, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED with prejudice** for failure to state a claim on which relief may be

granted  because Plaintiff's claims are barred by the statute of limitations" The Clerk shall close the file.

**SO ORDERED on April 8, 2026.**

<u>**s/Mark E. Walker**</u>
**United States District Judge**

2